IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH STALEY, *Individually and as Personal Representative of the Estate of James G. Belshaw, deceased*,

    Plaintiff,

v.                          Case No. 1:22-cv-324 KRS/JFR

CRAIG A. YOST, LISA A. YOST,
MARTHANNE REINHARD, and
VILLAGE OF CORRALES,

    Defendants.

## JUDGMENT

Having by separate Memorandum Opinion and Order dismissed Plaintiff's claims against Defendant Village of Corrales, (Docs. 59 and 97), and having declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, the Court now enters judgment.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Village of Corrales are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the remaining state law claims in this action are REMANDED to the Thirteenth Judicial District Court, Sandoval County, New Mexico. The Clerk of Court is hereby directed to take the necessary actions to remand the case.

IT IS SO ORDERED.

                                              */s/ Kevin Sweazea*
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE
                                              Presiding by Consent